IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| SKYLER ALEXANDER GEORGESON | Violation:  18 U.S.C. §§ 113(a)(8) and 1153 |

**Assault of a Spouse, Intimate Partner, or Dating Partner by Strangulation**

The Grand Jury Charges:

On or about December 24, 2025, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

SKYLER ALEXANDER GEORGESON,

an Indian, assaulted a spouse, intimate partner, and dating partner, namely, Jane Doe, by strangling and attempting to strangle Jane Doe;

In violation of Title 18, United States Code, Sections 113(a)(8) and 1153.

A TRUE BILL:

/s/ Foreperson_____
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney

SLS/th